*Erastus Corning et al* v. ———— *Gillman.** W. D. WHITE, for complainants; M. B. CHAMPLIN, for defendants. Application to set aside order taking the bill as confessed. The counsel for the defendant read an affidavit showing that on the 16th of December the defendant's solicitor served upon the complainant's solicitor, notice of his appearance, by putting the same, properly enclosed in a wrapper directed to complainant's solicitor at Albany, into the Post Office at Rushville, Allegany county, and paying the postage thereon. It appeared from the papers that the defendant's solicitor did not reside at *Rushville*, but at *Cuba* in the same county.

*Effect of an assignment of subject matter of suit, pendente lite.*

*Service by mail—how to be made.*

*Decided January 8th, 1846.

The court decided that under the 14th rule, papers can only be served by mail by putting them into the post office at the place where the solicitor making the service resides.

Motion ordered to stand over, with liberty to renew it.